| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CLEMENT, EDITH B. | 2. Court or Organization<br><br>Appeals Court, Active | 3. Date of Report<br><br>05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>600 CAMP STREET, ROOM 200<br>NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Clement, Edith B.**

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University School of Law | 2/21/-23/2010 | New York, New York | Judge final round of the moot court competition | Transportation, lodging and meals |
| 2. | University of Virginia | 4/9-11/2010 | Charlottesville, Virginia | Judge final round of the moot court competition | Transportation, lodging and some meals |
| 3. | Foundation for Research on Economics and the Environment | 8/8-12, 2010 | Gallatin Gateway, Montana | Attend program | Transportation, lodging and some meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. J P Morgan Chase (n/c fm Bank One 7/05) | A | Dividend | O | T | | | | | |
| 2. Rental Property/Residential FMV, New Orleans, LA | E | Rent | N | W | | | | | |
| 3. Bank of America Corp | | None | | | Sold | 01/13/10 | L | | |
| 4. Blackrock Income Opportunity, n/c 2002 Black. N.Am Gov't | B | Dividend | K | T | | | | | |
| 5. CITIGROUP, Inc. | | None | | | Sold (part) | 01/13/10 | L | | |
| 6. | | | | | Sold | 01/19/10 | J | | |
| 7. Colonial Bank | | None | J | T | | | | | |
| 8. General Electric Co | A | Dividend | | | Sold | 01/13/10 | L | | |
| 9. Goodyear Tire & Rubber | B | Interest | | | Redeemed | 09/29/10 | K | B | |
| 10. Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | T | | | | | |
| 11. Pepsico CAP Res Inc. 4/1/2011 | | None | J | T | | | | | |
| 12. Pepsico CAP Res Inc, 4/1/2012 | | None | K | T | | | | | |
| 13. Proctor & Gamble Co. | | None | | | Sold | 01/13/10 | L | | |
| 14. FHLMC CMO Series 5.5%, 04/15/2037 (31397GTNX4) | A | Interest | | | Redeemed | 12/14/10 | J | | |
| 15. Guggenheim China Tech (CQQQ) | A | Dividend | K | T | Buy | 04/28/10 | J | | |
| 16. | | | | | Sold (part) | 05/20/10 | J | | |
| 17. | | | | | Buy (add'l) | 11/08/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. iShares MSCI BRIC Index Fund (BKF) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | J | | |
| 19. | | | | | Sold (part) | 01/27/10 | K | | |
| 20. | | | | | Buy (add'l) | 02/11/10 | K | | |
| 21. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 22. | | | | | Sold (part) | 05/06/10 | K | | |
| 23. | | | | | Buy (add'l) | 09/08/10 | L | | |
| 24. iShares MSCI Chile (ECH) | A | Dividend | L | T | Buy | 11/08/10 | L | | |
| 25. iShares MSCI Brazil (EWZ) | B | Dividend | L | T | Buy | 11/08/10 | L | | |
| 26. iShares FTSE/Xinhua China 25 Index (FXI) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | J | | |
| 27. | | | | | Sold (part) | 01/21/10 | K | | |
| 28. | | | | | Buy (add'l) | 02/11/10 | K | | |
| 29. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 30. | | | | | Sold (part) | 05/06/10 | K | | |
| 31. | | | | | Buy (add'l) | 09/08/10 | L | | |
| 32. Market Vectors Gold Miners ETF (GDX) | | None | | | Buy (add'l) | 01/13/10 | L | | |
| 33. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 34. | | | | | Sold (part) | 01/21/10 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/11/10 | L | | |
| 36. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 37. | | | | | Sold (part) | 05/20/10 | M | D | |
| 38. | | | | | Buy (add'l) | 06/07/10 | L | | |
| 39. | | | | | Sold | 12/16/10 | L | E | |
| 40. Market Vectors Junior Gold Miners (GDXJ) | None | | | | Buy | 03/04/10 | K | | |
| 41. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 42. | | | | | Sold (part) | 05/20/10 | K | | |
| 43. | | | | | Buy (add'l) | 06/07/10 | L | | |
| 44. | | | | | Sold | 12/16/10 | M | E | |
| 45. Mkt Vectors RVE Hard Assets Producers (HAP) | None | | | | Buy (add'l) | 01/13/10 | K | | |
| 46. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 47. | | | | | Buy (add'l) | 03/04/10 | K | | |
| 48. | | | | | Buy (add'l) | 04/28/10 | K | | |
| 49. | | | | | Sold | 05/06/10 | M | | |
| 50. iShares Trust Comex Gold (IAU) | None | | | | Buy (add'l) | 01/13/10 | K | | |
| 51. | | | | | Buy (add'l) | 01/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 01/28/10 | M | D | |
| 53. | | | | | Buy (add'l) | 02/11/10 | L | | |
| 54. | | | | | Buy (add'l) | 03/04/10 | K | | |
| 55. | | | | | Buy (add'l) | 04/28/10 | K | | |
| 56. | | | | | Sold | 11/08/10 | M | E | |
| 57. iShares Global Infrastructure (IGF) | B | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |
| 58. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 59. | | | | | Sold (part) | 03/04/10 | J | A | |
| 60. iShares Tr S&P Global Energy Sector Index Fund (IXC) | B | Dividend | M | T | Buy (add'l) | 01/13/10 | K | | |
| 61. Powershares DB Multi Sector (DBA) | | None | | | Buy | 11/08/10 | L | | |
| 62. | | | | | Sold | 12/16/10 | L | | |
| 63. Powershares India ETF (PIN) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | J | | |
| 64. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 65. | | | | | Sold (part) | 05/06/10 | K | | |
| 66. | | | | | Buy (add'l) | 09/08/10 | L | | |
| 67. Rydex Inverse Govt Long Bd (RYJUX) | | None | L | T | Sold (part) | 01/19/10 | L | | |
| 68. | | | | | Sold (part) | 04/22/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Barclays Capital (CWB) | A | Dividend | | | Buy | 01/13/10 | K | | |
| 70. | | | | | Sold | 04/22/10 | K | B | |
| 71. SPDR Gold Trust (GLD) | | None | | | Buy | 06/07/10 | J | | |
| 72. | | | | | Buy (add'l) | 11/08/10 | M | | |
| 73. | | | | | Sold | 12/16/10 | M | | |
| 74. SPDR Wells Fargo (PSK) | A | Dividend | | | Buy | 01/13/10 | K | | |
| 75. | | | | | Sold | 04/22/10 | K | B | |
| 76. Vanguard Consumer Staples (VDC) | B | Dividend | L | T | Buy (add'l) | 01/13/10 | L | | |
| 77. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 78. | | | | | Sold (part) | 03/04/10 | K | A | |
| 79. Vanguard Div Appreciation (VYM) | A | Dividend | | | Buy | 01/13/10 | K | | |
| 80. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 81. | | | | | Sold | 04/22/10 | L | B | |
| 82. Vanguard Energy (VDE) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | K | | |
| 83. | | | | | Sold (part) | 03/04/10 | K | | |
| 84. Vanguard Financials (VFH) | A | Dividend | | | Buy | 01/13/10 | L | | |
| 85. | | | | | Buy (add'l) | 01/19/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 02/25/10 | J | | |
| 87. | | | | | Sold (part) | 03/04/10 | K | | |
| 88. | | | | | Sold (part) | 07/23/10 | K | | |
| 89. | | | | | Sold | 09/02/10 | K | | |
| 90. Vanguard Healthcare (VHT) | A | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |
| 91. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 92. | | | | | Sold (part) | 03/04/10 | J | B | |
| 93. | | | | | Sold (part) | 09/02/10 | J | | |
| 94. Vanguard Industrials (VIS) | A | Dividend | K | T | Buy (add'l) | 01/13/10 | K | | |
| 95. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 96. | | | | | Sold (part) | 03/04/10 | J | A | |
| 97. Vanguard Info Technology (VGT) | A | Dividend | K | T | Buy (add'l) | 01/13/10 | K | | |
| 98. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 99. | | | | | Sold (part) | 03/04/10 | K | B | |
| 100. | | | | | | | | | |
| 101. Vanguard Intl Eqty Index FTSE All World (VEU) | B | Dividend | L | T | Sold (part) : | 07/23/10 | K | | |
| 102. Vanguard Large Cap (VV) | A | Dividend | K | T | Buy (add'l) | 01/13/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 104. | | | | | Sold (part) | 03/04/10 | K | B | |
| 105. Vanguard Materials (VAW) | A | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |
| 106. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 107. | | | | | Sold (part) | 03/04/10 | J | B | |
| 108. Vanguard Midcap (VO) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | K | | |
| 109. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 110. | | | | | Sold (part) | 03/04/10 | K | B | |
| 111. Vanguard REIT (VNQ) | A | Dividend | | | Buy | 04/28/10 | K | | |
| 112. | | | | | Sold | 09/02/10 | K | A | |
| 113. Vanguard Small Cap (VB) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | K | | |
| 114. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 115. | | | | | Sold (part) | 03/04/10 | J | A | |
| 116. Vanguard Telecommunications Svcs (VOX) | B | Dividend | K | T | Buy (add'l) | 01/19/10 | J | | |
| 117. | | | | | Sold (part) | 03/04/10 | J | A | |
| 118. Vanguard Utilities (VPU) | A | Dividend | | | Buy (add'l) | 01/13/10 | J | | |
| 119. | | | | | Buy (add'l) | 01/19/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/04/10 | J | A | |
| 121. | | | | | Sold (part) | 07/23/10 | K | A | |
| 122. | | | | | Sold | 09/02/10 | J | A | |
| 123. Vanguard Whitehall Funds (VIG) | A | Dividend | | | Buy | 01/13/10 | K | | |
| 124. | | | | | Buy | 01/19/10 | J | | |
| 125. | | | | | Sold | 04/22/10 | L | B | |
| 126. Vanguard High Yield Corp Admiral (VWEAX) | E | Dividend | M | T | Sold (part) | 09/02/10 | M | D | |
| 127. Vanguard High Yield Corp Investor (VWEHX) | B | Dividend | K | T | | | | | |
| 128. Vanguard Inter-Term TE Admiral (VWIUX) | B | Dividend | | | Sold | 06/07/10 | L | B | |
| 129. Vanguard ST Investment Grade Admiral (VFSUX) | C | Dividend | N | T | Sold (part) | 01/13/10 | N | C | |
| 130. | | | | | Sold (part) | 02/12/10 | J | | |
| 131. | | | | | Buy (add'l) | 12/29/10 | M | | |
| 132. Vanguard ST Investment Grade Investor (VFSTX) | A | Dividend | K | T | | | | | |
| 133. US Treasury Bill, 08/12/2010 CUSIP 912795V57 | A | Interest | | | Buy | 05/13/10 | M | | |
| 134. | | | | | Redeemed | 08/12/10 | M | | |
| 135. US Treasury Bill, 09/09/2010 CUSIP 912795VA6 | A | Interest | | | Buy | 06/07/10 | N | | |
| 136. | | | | | Redeemed | 09/09/10 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. US Treasury Bill, 03/03/2011 CUSIP 9127952D2 | | None | N | T | Buy | 09/08/10 | M | | |
| 138. | | | | | Buy (add'l) | 11/08/10 | N | | |
| 139. US I-Savings Bonds | B | Interest | K | T | | | | | |
| 140. Bank of America c/o Computershare | A | Dividend | J | T | | | | | |
| 141. Schwab Govt Money Fund (SWGXX) | A | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ EDITH B. CLEMENT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>CLEMENT, EDITH B. | 2. Court or Organization<br><br>Appeals Court, Active | 3. Date of Report<br><br>09/08/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>600 CAMP STREET, ROOM 200<br>NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University School of Law | 2/21/-23/2010 | New York, New York | Judge final round of the moot court competition | Transportation, lodging and meals |
| 2. | University of Virginia | 4/9-11/2010 | Charlottesville, Virginia | Judge final round of the moot court competition | Transportation, lodging and some meals |
| 3. | Foundation for Research on Economics and the Environment | 8/8-12, 2010 | Gallatin Gateway, Montana | Attend program | Transportation, lodging and some meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 09/08/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J P Morgan Chase (n/c fm Bank One 7/05) | A | Dividend | O | T | | | | | |
| 2. Rental Property/Residential FMV, New Orleans, LA | E | Rent | N | W | | | | | |
| 3. Bank of America Corp | | None | | | Sold | 01/13/10 | L | | |
| 4. Blackrock Income Opportunity, n/c 2002 Black. N.Am Gov't | B | Dividend | K | T | | | | | |
| 5. CITIGROUP, Inc. | | None | | | Sold (part) | 01/13/10 | L | | |
| 6. | | | | | Sold | 01/19/10 | J | | |
| 7. Colonial Bank | | None | J | T | | | | | |
| 8. General Electric Co | A | Dividend | | | Sold | 01/13/10 | L | | |
| 9. Goodyear Tire & Rubber | B | Interest | | | Redeemed | 09/29/10 | K | B | |
| 10. Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | T | | | | | |
| 11. Pepsico CAP Res Inc. 4/1/2011 | | None | J | T | | | | | |
| 12. Pepsico CAP Res Inc, 4/1/2012 | | None | K | T | | | | | |
| 13. Proctor & Gamble Co. | | None | | | Sold | 01/13/10 | L | | |
| 14. FHLMC CMO Series 5.5%, 04/15/2037 (31397GTNX4) | A | Interest | | | Redeemed | 12/14/10 | J | | |
| 15. Guggenheim China Tech (CQQQ) | A | Dividend | K | T | Buy | 04/28/10 | J | | |
| 16. | | | | | Sold (part) | 05/20/10 | J | | |
| 17. | | | | | Buy (add'l) | 11/08/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. iShares MSCI BRIC Index Fund (BKF) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | J | | |
| 19. | | | | | Sold (part) | 01/27/10 | K | | |
| 20. | | | | | Buy (add'l) | 02/11/10 | K | | |
| 21. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 22. | | | | | Sold (part) | 05/06/10 | K | | |
| 23. | | | | | Buy (add'l) | 09/08/10 | L | | |
| 24. iShares MSCI Chile (ECH) | A | Dividend | L | T | Buy | 11/08/10 | L | | |
| 25. iShares MSCI Brazil (EWZ) | B | Dividend | L | T | Buy | 11/08/10 | L | | |
| 26. iShares FTSE/Xinhua China 25 Index (FXI) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | J | | |
| 27. | | | | | Sold (part) | 01/21/10 | K | | |
| 28. | | | | | Buy (add'l) | 02/11/10 | K | | |
| 29. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 30. | | | | | Sold (part) | 05/06/10 | K | | |
| 31. | | | | | Buy (add'l) | 09/08/10 | L | | |
| 32. Market Vectors Gold Miners ETF (GDX) | | None | | | Buy (add'l) | 01/13/10 | L | | |
| 33. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 34. | | | | | Sold (part) | 01/21/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/11/10 | L | | |
| 36. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 37. | | | | | Sold (part) | 05/20/10 | M | D | |
| 38. | | | | | Buy (add'l) | 06/07/10 | L | | |
| 39. | | | | | Sold | 12/16/10 | L | E | |
| 40. Market Vectors Junior Gold Miners (GDXJ) | | None | | | Buy | 03/04/10 | K | | |
| 41. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 42. | | | | | Sold (part) | 05/20/10 | K | | |
| 43. | | | | | Buy (add'l) | 06/07/10 | L | | |
| 44. | | | | | Sold | 12/16/10 | M | E | |
| 45. Mkt Vectors RVE Hard Assets Producers (HAP) | | None | | | Buy (add'l) | 01/13/10 | K | | |
| 46. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 47. | | | | | Buy (add'l) | 03/04/10 | K | | |
| 48. | | | | | Buy (add'l) | 04/28/10 | K | | |
| 49. | | | | | Sold | 05/06/10 | M | | |
| 50. iShares Trust Comex Gold (IAU) | | None | | | Buy (add'l) | 01/13/10 | K | | |
| 51. | | | | | Buy (add'l) | 01/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 01/28/10 | M | D | |
| 53. | | | | | Buy (add'l) | 02/11/10 | L | | |
| 54. | | | | | Buy (add'l) | 03/04/10 | K | | |
| 55. | | | | | Buy (add'l) | 04/28/10 | K | | |
| 56. | | | | | Sold | 11/08/10 | M | E | |
| 57. iShares Global Infrastructure (IGF) | B | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |
| 58. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 59. | | | | | Sold (part) | 03/04/10 | J | A | |
| 60. iShares Tr S&P Global Energy Sector Index Fund (IXC) | B | Dividend | M | T | Buy (add'l) | 01/13/10 | K | | |
| 61. Powershares DB Multi Sector (DBA) | | None | | | Buy | 11/08/10 | L | | |
| 62. | | | | | Sold | 12/16/10 | L | | |
| 63. Powershares India ETF (PIN) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | J | | |
| 64. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 65. | | | | | Sold (part) | 05/06/10 | K | | |
| 66. | | | | | Buy (add'l) | 09/08/10 | L | | |
| 67. Rydex Inverse Govt Long Bd (RYJUX) | | None | L | T | Sold (part) | 01/19/10 | L | | |
| 68. | | | | | Sold (part) | 04/22/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. SPDR Barclays Capital (CWB) | A | Dividend | | | Buy | 01/13/10 | K | | |
| 70. | | | | | Sold | 04/22/10 | K | B | |
| 71. SPDR Gold Trust (GLD) | | None | | | Buy | 06/07/10 | J | | |
| 72. | | | | | Buy (add'l) | 11/08/10 | M | | |
| 73. | | | | | Sold | 12/16/10 | M | | |
| 74. SPDR Wells Fargo (PSK) | A | Dividend | | | Buy | 01/13/10 | K | | |
| 75. | | | | | Sold | 04/22/10 | K | B | |
| 76. Vanguard Consumer Staples (VDC) | B | Dividend | L | T | Buy (add'l) | 01/13/10 | L | | |
| 77. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 78. | | | | | Sold (part) | 03/04/10 | K | A | |
| 79. Vanguard Div Appreciation (VYM) | A | Dividend | | | Buy | 01/13/10 | K | | |
| 80. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 81. | | | | | Sold | 04/22/10 | L | B | |
| 82. Vanguard Energy (VDE) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | K | | |
| 83. | | | | | Sold (part) | 03/04/10 | K | | |
| 84. Vanguard Financials (VFH) | A | Dividend | | | Buy | 01/13/10 | L | | |
| 85. | | | | | Buy (add'l) | 01/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 02/25/10 | J | | |
| 87. | | | | | Sold (part) | 03/04/10 | K | | |
| 88. | | | | | Sold (part) | 07/23/10 | K | | |
| 89. | | | | | Sold | 09/02/10 | K | | |
| 90. Vanguard Healthcare (VHT) | A | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |
| 91. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 92. | | | | | Sold (part) | 03/04/10 | J | B | |
| 93. | | | | | Sold (part) | 09/02/10 | J | | |
| 94. Vanguard Industrials (VIS) | A | Dividend | K | T | Buy (add'l) | 01/13/10 | K | | |
| 95. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 96. | | | | | Sold (part) | 03/04/10 | J | A | |
| 97. Vanguard Info Technology (VGT) | A | Dividend | K | T | Buy (add'l) | 01/13/10 | K | | |
| 98. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 99. | | | | | Sold (part) | 03/04/10 | K | B | |
| 100. | | | | | | | | | |
| 101. Vanguard Intl Eqty Index FTSE All World (VEU) | B | Dividend | L | T | Sold (part) | 07/23/10 | K | | |
| 102. Vanguard Large Cap (VV) | A | Dividend | K | T | Buy (add'l) | 01/13/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R = Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 104. | | | | | Sold (part) | 03/04/10 | K | B | |
| 105. Vanguard Materials (VAW) | A | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |
| 106. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 107. | | | | | Sold (part) | 03/04/10 | J | B | |
| 108. Vanguard Midcap (VO) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | K | | |
| 109. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 110. | | | | | Sold (part) | 03/04/10 | K | B | |
| 111. Vanguard REIT (VNQ) | A | Dividend | | | Buy | 04/28/10 | K | | |
| 112. | | | | | Sold | 09/02/10 | K | A | |
| 113. Vanguard Small Cap (VB) | A | Dividend | L | T | Buy (add'l) | 01/13/10 | K | | |
| 114. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 115. | | | | | Sold (part) | 03/04/10 | J | A | |
| 116. Vanguard Telecommunications Svcs (VOX) | B | Dividend | K | T | Buy (add'l) | 01/19/10 | J | | |
| 117. | | | | | Sold (part) | 03/04/10 | J | A | |
| 118. Vanguard Utilities (VPU) | A | Dividend | | | Buy (add'l) | 01/13/10 | J | | |
| 119. | | | | | Buy (add'l) | 01/19/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/04/10 | J | A | |
| 121. | | | | | Sold (part) | 07/23/10 | K | A | |
| 122. | | | | | Sold | 09/02/10 | J | A | |
| 123. Vanguard Whitehall Funds (VIG) | A | Dividend | | | Buy | 01/13/10 | K | | |
| 124. | | | | | Buy | 01/19/10 | J | | |
| 125. | | | | | Sold | 04/22/10 | L | B | |
| 126. Vanguard High Yield Corp Admiral (VWEAX) | E | Dividend | M | T | Sold (part) | 09/02/10 | M | D | |
| 127. Vanguard High Yield Corp Investor (VWEHX) | B | Dividend | K | T | | | | | |
| 128. Vanguard Inter-Term TE Admiral (VWIUX) | B | Dividend | | | Sold | 06/07/10 | L | B | |
| 129. Vanguard ST Investment Grade Admiral (VFSUX) | C | Dividend | N | T | Sold (part) | 01/13/10 | N | C | |
| 130. | | | | | Sold (part) | 02/12/10 | J | | |
| 131. | | | | | Buy (add'l) | 12/29/10 | M | | |
| 132. Vanguard ST Investment Grade Investor (VFSTX) | A | Dividend | K | T | | | | | |
| 133. US Treasury Bill, 08/12/2010 CUSIP | A | Interest | | | Buy | 05/13/10 | M | | |
| 134. | | | | | Redeemed | 08/12/10 | M | | |
| 135. US Treasury Bill, 09/09/2010 CUSIP | A | Interest | | | Buy | 06/07/10 | N | | |
| 136. | | | | | Redeemed | 09/09/10 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. US Treasury Bill, 03/03/2011 CUSIP | | None | N | T | Buy | 09/08/10 | M | | |
| 138. | | | | | Buy (add'l) | 11/08/10 | N | | |
| 139. US I-Savings Bonds (X) | B | Interest | K | T | | | | | |
| 140. Bank of America c/o Computershare (X) | A | Dividend | J | T | Buy | 01/14/10 | J | | |
| 141. Schwab Govt Money Fund (SWGXX) | A | Dividend | N | T | | | | | |
| 142. Devon Energy (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII,

Line 142. Devon Energy - [Page 5, Line 20, prior report (2009 FDR).] It is no longer necessary to report this holding due to the emancipation of a dependent

Line 139. US I-Savings Bonds - In prior FDRs, preparer was unsure of necessity to report these bonds, however, it was determined that this holding should be reported and, therefore, included in the 2010 FDR.

Line 140. Bank of America c/o Computershare - failed to include purchase information in Section D in previously submitted report. This amended report rincludes require information.

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 09/08/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ EDITH B. CLEMENT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544